## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 39 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States vs. Ganiyu Amosu | | |

**DOCKET ENTRY TEXT**

Detention hearing and status hearing held on 1/23/08. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|