

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS **JUDGE MANNING**
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 39 **MAGISTRATE JUDGE MASON** |
| v. ) | Violations: Title 21, United States |
| ) | Code, Sections 963, 841(a)(1) **FILED** |
| GANIYU AMOSU ) | |

**JN  FEB 1 2 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about January 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GANIYU AMOSU,

defendant herein, knowingly and intentionally attempted to export from the United States to a place outside the United States, namely, England, a controlled substance, namely, 500 grams or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 953(a) and 960(a)(1);

In violation of Title 21, United States Code, Section 963.

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about January 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GANIYU AMOSU,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY