## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 39 | **DATE** | 2/20/2008 |
| **CASE TITLE** | United States vs. Ganiyu Amosu | | |

**DOCKET ENTRY TEXT**

Arraignment held on 2/20/08. Defendant informed of his rights. Defendant enters a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 2/25/08. Pretrial motions to be filed by 3/10/08. Responses to be filed by 3/24/08. Replies to be filed by 4/7/08. Status hearing before Judge Manning set for 3/11/08 at 11:00 a.m. Defendant to remain in custody as previously ordered. Time is excluded pursuant to 18:3161(h)(1)(F).   (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|