**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                          Case No.: 1:08–cr–00039
                                          Honorable Blanche M. Manning

Ganiyu Amosu
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Blanche M. Manning :as to Ganiyu Amosu, Status hearing held on 3/11/2008. Status hearing set for 4/8/2008 at 11:00 AM. Time excluded to 4/8/2008 pursuant to 18:3161 (h)(8)(B)(i).Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.