UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00039
　　　　　　　　　　　　　　　　　　　　　　Honorable Blanche M. Manning

Ganiyu Amosu

　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

　　　　MINUTE entry before the Honorable Blanche M. Manning: as to Ganiyu Amosu, Status hearing held on 5/20/2008. Motions in limine to be filed by 8/1/2008. Responses to be filed by 8/22/2008. Replies, if necessary, to be filed by 9/2/2008. Pretrial Conference set for 11/6/2008 at 12:30 PM. Jury instructions and joint statement of the case to be submitted at the pretrial conference. Jury Trial set for 11/17/2008 at 10:30 AM. Time excluded to 11/17/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.