UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 39 |
| v. | ) | |
| | ) | |
| GANIYU AMOSOU | ) | Judge Blanche M. Manning |
| | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Faris J. Hussein is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/ Stephen Chahn Lee
STEPHEN CHAHN LEE
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-4127

May 23, 2008