UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 39 |
| v. | ) | |
| | ) | |
| GANIYU AMOSOU | ) | Judge Blanche M. Manning |
| | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

WITHDRAWAL AND SUBSTITUTION OF COUNSEL

was served on May 23, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), via the district court's electronic filing system as to ECF filers.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/ Stephen Chahn Lee
STEPHEN CHAHN LEE
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-4127

May 23, 2008